COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jay Baksa v. Rebecca McGuire

Appellate case number:    01-16-00337-CV

Trial court case number:   2013-73614B

Trial court:              152nd District Court of Harris County

Appellant, Jay Baksa, has filed a motion asking the Court to withdraw Alexander B. Wathen as appellant's counsel of record in this appeal. However, the motion does not comply with Texas Rule of Appellate Procedure 6.5. The motion does not contain (1) appellant's last known address, (2) a statement that a copy of the motion was delivered to appellant, or (3) a statement that appellant was notified in writing of his right to object to the motion. *See* TEX. R. APP. P. 6.5(a). The motion also does not show that it was delivered to appellant "in person or mailed—both by certified mail and by first-class mail—to [appellant] at [his] last known address." *Id.* 6.5(b). Although the motion states that a "separate certificate of service will be filed for the Appellant," the Clerk of this Court has not received such a certificate of service. Accordingly, the motion to withdraw is **denied** without prejudice to refiling.

Appellant also has filed a motion to extend the deadline to file appellant's brief to February 2, 2017. The motion is **granted**. Appellant's brief is due to be filed on February 2, 2017. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually

Date:  February 2, 2017